# UNITED STATES DISTRICT COURT
### EVERETT McKINLEY DIRKSEN BUILDING
### UNITED STATES COURT HOUSE
### CHICAGO, IL 60604

**MICHAEL W. DOBBINS**
**CLERK**

OFFICE OF THE CLERK

Maham Ahmed,

v.

Oxford Collection Agency, Inc.
D/b/a Oxford Management Solutions,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 26 2011 ★
BROOKLYN OFFICE

Case No.: 10cv1938

MISC 11 0377

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 4/14/2011, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on May 6, 2011.

Michael W. Dobbins
Court Administrator

By: Jannette Nunez
Deputy Clerk

---

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

MISC 11 0377

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAHAM AHMED,<br>Plaintiff | ) )<br>) 1:10-cv-1938<br>) | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E:D.N.Y |
| v. | ) Judge Pallmeyer<br>) | ★ MAY 2 6 2011 ★ |
| OXFORD COLLECTION AGENCY, INC. d/b/a<br>OXFORD MANAGEMENT SOLUTIONS.<br>Defendant. | ) Jury Demanded<br>)<br>)<br>) | BROOKLYN OFFICE |

### JUDGMENT

Default judgment is hereby entered in favor of plaintiff Maham Ahmed and against defendant Oxford Collection Agency, Inc. d/b/a Oxford Management Solutions, in the amount of $12,686.66.

This amount includes $11,666.66, the remaining funds due pursuant to the contract attached as Exhibit A to the amended complaint, plus three hours of attorney time for Alexander H. Burke at a rate of $340 per hour for a total of $1,020, which counsel reasonably incurred in enforcing such contract, recoverable pursuant to paragraph 4 of Exhibit A to the Amended complaint.

Entered: April 14, 2011

Honorable Rebecca R. Pallmeyer
United States District Judge